**RECEIVED**

AUG - 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **EDWARD HAMILTON** | **DOCKET NO. 6:09-cv-0333** |
| **VERSUS** | **JUDGE DOHERTY** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF** **SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the report and recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's finding of non-disability is REVERSED and REMANDED for reconsideration in light of the report and recommendation. In particular, the Commissioner is ordered to fully develop the record, to consider the diagnoses and opinions of the claimant's treating physicians in making their decisions, and to reconsider whether the claimant is capable of making a successful adjustment to other work that exists in significant numbers in the national economy.

Lafayette, Louisiana, this ___ day of August, 2010.

Rebecca F. Doherty
United States District Judge